IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE RAGOONATH,<br><br>            Plaintiff,<br><br>-against-<br><br>SWISSPORT USA, INC.,<br><br>            Defendant. | Civil Action Number:<br>1:15-cv-01356-RJD-RER<br><br>**SO ORDERED STIPULATION OF VOLUNTARILY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Shane Ragoonath ("Plaintiff") and Swissport USA, Inc. ("Defendant"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed and Plaintiff's claims against Defendants are dismissed with prejudice, without costs or attorneys' fees to either party. This Stipulation may be signed in counterparts and by facsimile, pdf, or electronic signatures, all of which shall be treated as an original when taken together.

Dated: New York, New York
       December 16, 2015

PHILLIPS & ASSOCIATES, PLLC

_____
Nicole Welch, Esq.
45 Broadway, Suite 620
New York, NY 10006
Telephone: (212) 248-7431
Facsimile: (212) 901-2107
*Attorneys for Plaintiff*

Dated: New York, New York
       December 17, 2015

SEDGWICK LLP

_____
Ryan Chapoteau, Esq.
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202
Facsimile: (212) 422-0295
*Attorneys for Defendant*

So Ordered: _____
                United States District Judge