IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE RAGOONATH, | )<br>) |
| Plaintiff, | )<br>) Civil Action Number:<br>) 1:15-cv-01356-RJD-RER |
| -against- | )<br>) |
| | ) **SO ORDERED STIPULATION** |
| SWISSPORT USA, INC., | ) **OF VOLUNTARILY DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Shane Ragoonath ("Plaintiff") and Swissport USA, Inc. ("Defendant"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed and Plaintiff's claims against Defendants are dismissed with prejudice, without costs or attorneys' fees to either party. This Stipulation may be signed in counterparts and by facsimile, pdf, or electronic signatures, all of which shall be treated as an original when taken together.

Dated: New York, New York
December 16, 2015

PHILLIPS & ASSOCIATES, PLLC

_/s/_
Nicole Welch, Esq.
45 Broadway, Suite 620
New York, NY 10006
Telephone: (212) 248-7431
Facsimile: (212) 901-2107
*Attorneys for Plaintiff*

Dated: New York, New York
December 17, 2015

SEDGWICK LLP

_/s/_
Ryan Chapoteau, Esq.
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202
Facsimile: (212) 422-0295
*Attorneys for Defendant*

So Ordered: /s/ Judge Raymond J. Dearie
United States District Judge
12/18/15

82616984v1 DOCS/18195842v1